```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ADRIA ZERN,

       Plaintiff,

- against -

EQUIFAZ INFORMATION SERVICES, LLC,

       Defendant.

23-cv-9960 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to submit a Rule 26(f) report by January 23, 2024.

SO ORDERED.

Dated:   New York, New York
       January 8, 2024

                                      John G. Koeltl
                                **United States District Judge**