UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADRIA ZERN,

                Plaintiff,                23-cv-9960 (JGK)

     - against -                  ORDER

EQUIFAX INFORMATION SERVICES, LLC,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The Court received a Civil Scheduling Order on January 17, 2024. ECF No. 15. It refers to a conference held on January 16, 2024, but no conference was held with the Court on that date. The Court assumes the date refers to a Rule 26(f) conference between the parties.

SO ORDERED.

Dated:    New York, New York
            January 18, 2024

                                          John G. Koeltl
                                   United States District Judge