UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ADRIA ZERN,
                      Plaintiff(s)

       -against-

EQUIFAX INFORMATION SERVICES LLC
                      Defendant(s).
-----------------------------------------------------------X

23 civ 9960 (JGK)

## ORDER

A discovery schedule having been entered on January 17, 2024; the schedule having been extended on March 7, 2024 and the case having been in mediation via order of January 17, 2024,

The conference scheduled for March 13, 2024, at 4:00pm, is canceled.

**SO ORDERED.**

                                                 **JOHN G. KOELTL**
                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        March 10, 2024